United States District Court
Southern District of Texas
**ENTERED**
July 23, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AUSTIN VAN OVERDAM, | § § § | |
| *Plaintiff,* | § § | CASE NO. 4:18-CV-02011 |
| v. | § § | |
| TEXAS A&M UNIVERSITY, | § § § | |
| *Defendant,* | § | |

**PROPOSED ORDER GRANTING PLAINTIFF AUSTIN VAN OVERDAM'S
MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

ON this 23 day of July 2019, the Court considered the pleadings and Plaintiff's motion pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, and the Court FINDS that justice requires the grant of leave to file the proposed Second Amended Complaint.

It is therefore ORDERED that Plaintiff's Motion for Leave to File the Second Amended Complaint is GRANTED.

SIGNED ___July 23___, 2019.

_____
JUDGE PRESIDING