United States District Court
Southern District of Texas
**ENTERED**
July 23, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AUSTIN VAN OVERDAM, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:18-CV-2011 |
| § | |
| TEXAS A&M UNIVERSITY, § | |
| § | |
| Defendant. § | |

## ORDER

Before the Court is the Motion to Dismiss filed by Defendant Texas A&M University (hereinafter, "Defendant's Motion") (Doc. No. 26). On July 23, 2019, the Court granted Plaintiff Austin Van Overdam's Motion for Leave to File a Second Amended Complaint (Doc. No. 40). Plaintiff's Second Amended Complaint supersedes Plaintiff's First Amended Complaint (Doc. No. 21), which was the basis of Defendant's Motion to Dismiss. The amended pleading renders the Original Complaint of no legal effect. *King v. Dogan*, 31 F.3d 344, 346 (5th Cir. 1994). Therefore, Defendant's Motion to Dismiss (Doc. No. 26), Defendant's Motion to Strike (Doc. No. 33), and Defendant's Motion to Stay (Doc. No. 36) are **DENIED AS MOOT**. The Court notes that Defendant is free to make whatever filings it deems appropriate in response to the Second Amended Complaint, as the Court makes no determination of law as to its sufficiency.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 23rd of July, 2019.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE