United States District Court
Southern District of Texas
**ENTERED**
August 14, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AUSTIN VAN OVERDAM,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL NO. 4:18-cv-02011 |
| TEXAS A&M UNIVERSITY, et al.<br>    Defendants. | §<br>§<br>§<br>§ | |

### ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

On this day came on to be considered Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint. After due consideration of the law, the arguments of the parties, and all briefing, the Court finds said motion meritorious.

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint is GRANTED.

IT IS FURTHER ORDERED that all claims against Texas A&M University and all defendants are dismissed with prejudice.

It is so ORDERED.

_August 13, 2019_
Date

_[signature]_
The Honorable Keith Ellison
United States District Judge