United States District Court
Southern District of Texas
**ENTERED**
August 15, 2019
David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| AUSTIN VAN OVERDAM, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-2011 |
| | § | |
| TEXAS A&M UNIVERSITY, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Order of Dismissal (Doc. No. 48) is **VACATED** and the case is returned to the active docket. The Clerk is directed to **REOPEN** the case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, this the 15th day of August, 2019.


_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE