United States District Court
Southern District of Texas
**ENTERED**
September 04, 2019
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| AUSTIN VAN OVERDAM, | § | |
| *Plaintiff,* | § § § | CASE NO. 4:18-CV-02011 |
| v. | § § | |
| TEXAS A&M UNIVERSITY, et al. | § § | |
| *Defendants,* | § § | |

## ORDER GRANTING PLAINTIFF AUSTIN VAN OVERDAM'S UNNOPPOSED MOTION TO EXCEED PAGE LIMIT ON HIS RESPONSE TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT

On this day, the Court considered Plaintiff Austin Van Overdam's Unopposed Motion to Exceed Page Limit on His Response to Defendants' Motion to Dismiss Second Amended Complaint. Upon due consideration of the motion, the Court enters the following order:

IT IS HEREBY ORDERED that Plaintiff Austin Van Overdam's Unopposed Motion to Exceed Page Limit is GRANTED.

IT IS FURTHER ORDERED that Plaintiff Austin Van Overdam may file a response in excess of the Court's page limit.

It is so ORDERED.

Sept. 4, 2019
Date

_____
The Honorable Keith Ellison
United States District Judge