**UNITED STATES DISTRICT COURT**          **SOUTHERN DISTRICT OF TEXAS**

### HOUSTON DIVISION

Austin Van Overdam
   *Plaintiff(s),*

v.                                                                  Case No. 4:18–cv–02011

Texas A&M University, et al.
   *Defendant(s).*

## NOTICE OF SETTING

### PLEASE TAKE NOTICE

HEARING:  **Motion Hearing**
RE: Motion for Protective Order – #50

DATE:   **10/9/2019**

TIME:   **03:30 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

**UNITED STATES COURTHOUSE
515 RUSK COURTROOM 3–A
HOUSTON, TEXAS 77002.**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL–IN NUMBER AT 713–250–5238.
ENTER CONFERENCE ID: 45238, FOLLOWED BY PASSWORD: 13579.

**David J. Bradley, Clerk**                                                      Date: October 3, 2019

By Deputy Clerk, A. Rivera