United States District Court
Southern District of Texas
**ENTERED**
November 19, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AUSTIN VAN OVERDAM, § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL NO. 4:18-cv-02011 |
| § | |
| TEXAS A&M UNIVERSITY, et al. § | |
| Defendants. § | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE ANSWER

On this day came on to be considered Defendants' Unopposed Motion to Extend Time to File Answer to Plaintiff's Second Amended Complaint. Upon due consideration of the motion, the Court enters the following:

IT IS HEREBY ORDERED that Defendants' Unopposed Motion to Extend Time is GRANTED.

IT IS FURTHER ORDERED that Defendant Texas A&M University's deadline to file answer to plaintiff's second amended complaint is December 3, 2019.

It is so ORDERED.

11/18/19
Date

The Honorable Keith Ellison
United States District Judge