# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| AUSTIN VAN OVERDAM, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> TEXAS A&M UNIVERSITY, § <br> Defendant. § | CIVIL NO. 4:18-cv-02011 |

## SECOND AMENDED AGREED DOCKET CONTROL ORDER

Anticipated Length of Trial: 5 Days     Jury: X     Non-Jury: _____

1. (a) **NEW PARTIES** shall be joined by:     Not applicable
The Attorney causing the addition of new Parties will provide copies of this Order to new Parties.

   (b) **AMENDMENT to PLEADINGS**     Not applicable
By Plaintiff or Counter-Plaintiff shall be filed by:

2. EXPERT WITNESSES for the PLAINTIFF will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE:     September 28, 2020

3. EXPERT WITNESSES for the DEFENDANT will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE:     October 28, 2020

4. DISCOVERY must be completed by:     November 30, 2020
Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

5. DISPOSITIVE AND NON-DISPOSITIVE        March 15, 2021
   MOTIONS
   (except motions in limine) will be filed by:
   (Due 90 days prior to Trial)

6. JOINT PRETRIAL ORDER and MOTIONS IN     June 7, 2021
   LIMINE will be filed by:
   (The Court will fill in this date)
   (Due the Monday before Trial)

7. TRIAL will begin at 9:00 a.m.           June 14, 2021

_____           _____
DATE                                     HON. JUDGE KEITH ELLISON

June 1, 2020                             */s/ Gaines West*_____
                                         Gaines West
                                         Counsel for Plaintiff

June 1, 2020                             */s/ Rola Daaboul*_____
                                         Rola Daaboul
                                         Counsel for Defendant

2

SECOND AMENDED AGREED
DOCKET CONTROL ORDER