Case 4:18-cv-02011   Document 88   Filed on 07/07/20 in TXSD   Page 1 of 3

```
   T        *E       G  S                  T                                              S
   T        *E       G  S          T  P H      U RP L                                     F
   T        *E       G  S                    F                        RAO  EU      GT
         H     E        L       S K      O  E FR                  T P H    O  U
        HR O  E                   TKP    AO  U      TS              PW   A   U           S
         H     E        L            PW      U                                  F      T
        HR O  E                 S                              K           U RPB    T
         H     E        L         T    HR                     S             UFRPBLG
        HR O  E                  S         O  E     G                         PB
                F  P L T                    AO EU  P L          K         O E F      D
         H    E    L    D          P H     EU         S                     O  U R
       RAO  E                                        G                TK      E   P  G S
    P  H   O  E         T              W   AO*E    R            S K         E        D
       HR    EU                    TK      O  U PB                              U     L
              F  P  L T            T       O                            H A              S
         R   E    P    T                A                    S         O    R      T
                        G          S        EU  PB G                          F
     P  HR   *   F                             L                 PW             G
     P  HRAO  E           S                AO EU  R B                    *
        W   *E           S                A                                       B
     K  W  R   E                   S        EU  PB G                       O      PB
    TKPW    A  EU  PB    S                      L                   H   O  E      L    D
        W   *E           S              P  HR  *    F              W       U PB    S
          R   E    P    T             WH   A        TS           TKPW       E     PB
                        G          T                               PW    A   U           S
     P  HR   *   F       S          TK         EUF      T             W   AO*E    R
    STKPWHRAO EU    P L            ST P  H                                    U PB
              A     PB              TK      AO                              A  EU    BL
      T  P    O    R                           U RPB     S           T         O
     TK    *E  F      TS           T P                               P    R O E
     TK    AO                       K W  R  O   U                         W
         R   O          L                 RA   U    L              T   H     E    P L
     TK    AO                      T P    R                                       PB
    STKPWHRAO  EUFRPBLGTS                  O   U R                  P        E   RPB
              AO     B  G            HRA  *         S                    W       EU
                F  P  L T             H          R    G           S
         W   AO  E                  P  HR                          K  W  R
    S      R                            W    *E         S            W    AO  E
     T    H                                A     PB   D              W     E   R
       K    A   EU       S                        EU                S P        E     B  G
    S                              H  A              D              T P HR    EU
         P  H   O       RPB       TKPW  R    E           D            K  W             G
      T  W    O                    T    H A                         T   H A
        K W  RA  E   R    S              W   AO  E                  T
             O  E      L   D             W    A       PB              K     O*  U R     T
               F  P L T                           E        D        TKPW  RA     PB    T
         W  AO*E    R              T      O                                 U          S
     T     A   F    B G            T     A  EU     B G                  AO              T
             E          D           T                                       E    B  G S
          W                         TK       E   P  G S             T       E   PB G  S
     TK W      E         T                            S             T       O
                     G                            PB                T
           O    U  R                       P    E  RPB             TK     O       B  GT
       K    A   EU        S       STKPWHRAO EUFRP LGTS                K  R O       L
                          S          K W  RA   E                          O*    R      D
     KP  HRAO  E         T                 EU                             A     PB     D
         W         PB                  R    E    B                  P  HR
      T    HRAO  E                 T    H A                            W     E          S
       K W  RA  E  R    S           TK    AO                             A     PB
                F  P L T                 W   AO  E                              EU
                EU                   T    H  O   U      GT         STK         U        S
                   U  PB   S         T    H A                                E          D
         W  AO*E F                        W    O                     T    H
           H  A              D           PW  R                                A     PB    D
      T                                  PW      E   PB                   W   AO  E
    S      RAO  EU R                T P        EU  R B              T  P H   O  E
                   U      S         S      H A           L          T    H A
                   A      PB        S            O                  T    H       EU   PB G  S
```

Case 4:18-cv-02011 Document 88 Filed on 07/07/20 in TXSD Page 2 of 3

```
      R
           U  P
              PB
 T
      A  EU R
   W
S  P      E    B G
 T      O
  K     O E F       D
      A       PB    D
   W  AO E
 TK     O       PB
 T P H  O E
   WH     E   PB
 T  HR  *              Z
 TKPW   O E      G
 T      O
   PW
      A
         E   PB    D
              PB
S      AO EU     GT
S       O
 T   H
S
 T P H  O          T
 TKPW   O E      G
 T   H A
   W  AO E
   W  A       PB  T
 T      O
   P    O*E         S
   P    O E   PB
              PB
 TK        E F   L
   W  AO E
   W     E  R
S          EU  P L
   P HR    EU
STK         U       S
                   G
 T
   P    O       BL T
           F
      A
 TK        EU R BL
                   9   #
       0               #
 TK    A  EU        S
 T P    O    R
 T P H  O  U
      A       PB    D
 T P
          EU        T
      AO E          S
 T P
                   9   #
       0               #
 TK    A  EU        S
   P   A *          S
      A       PB
   W     E
  K     O       P L
 T      O
 T P    AO EU  PB
         O  U       T
 T   H A
   W  AO*E  R
```

```
              PB
 T
S      A  EU  P L
S             EU     G S
        O    R
    W   O    R     S
        O    R
  K W R O  U  PB
         EU       T
       AO E        S
ST       EU    L
         EU  P L
   P  RA       B G
 T        EU
  K    A         L
 T      O
   P H  O   F
 T P    O    R
    W  A     R      D
    W
 TK       E   P  G S
                   S
              PB
   P      E  RPB
 T   H    E   PB
    W  AO*E  R
 TKPW     E       G
 T      O
      RAO E
S     R   EU      T
       A       PB
   P H  O*E        S
     HRAO EU   B G
     HR   EU
   P  R O E
    W
      RAO E
   P H  O E       T
 TK       E   P  G S
                   S
 T P
 T   H A
S
       AO      B G
    W
 T
  K     O* U R    T
            F P L T
STKP HRAO EUFRPBLGTS
 T   H A         TS
STK    AO EU R  L
         *
S  PW  AO EU R  L
  K W R O  U R
  K  H  O EU        S
  K W R O
S     R
 T P H    EU
          EU  PB
   P        U      T
        O      PB
 T   H A
            F P L T
          EU
 TK     O
 TKPW R   E
  K W R O  U
S    H  O  U  PB
```

```
          AO E
   P    O*E          S
   P    O E   PB
          EU       T
 T P H    EU
 T P       U R    T
   PW  A   U        S
    W  AO*E  R
     HRAO       B G
                  G
       A           T
 T
S      A  EU  P L
       AO EU R B
 T P H   *E  RP L  S
            F
S K W R    U R    TS
          EU       T
       AO EU        S
          EU  PB
  K   RAO E         S
                  G
     HR   EU
        O  U   B
 T   H A
    W  AO*E  R
 T P H  O          T
 TKPW   O E       G
 T      O
   PW
       A  EU   BL
 T      O
   P    O*E         S
   P    O E   PB
     HRAO EUF
     HRA           T
 T
  K     O  U R    T
     H  O  U        S
 T P H            L
 T   HR
S      A
S     RA       B G
S         EU  PB
S     RA  EU   BL
  K W R O
 T   H    EU
          EU       T
       AO E         S
 TKPW   O E       G
 T      O
   PW
 T P   A  E         S
          EU   BL
    W  AO E
S     R
 T      O
 TK     O
 T
   PW    *E         S
    W  AO E
                B G
          E F PB
 T P
          EU       T
       AO E         S
 T P H  O          T
       AO EU
```

```
    TK    A   E                        PW       EU
                F  P  L  T        S          E        G
           AO*EU    L                 W   AO  E
  TKPW       EUF                 TK         EU   PB
    K  W  R  O    U                KP       E     B  GT
           AO         T               PW        U
     P  H  O     PB   T           ST     AO EU  P  L  S
        HR   E        T               W   AO  E
           AO  E         S         K    A       PB
     P  H  A  EU    B  G          TK       O
  TK          EU         S        T
     P     O             S            P        E   R
  T           EUF                 T  P        E     B  GT
     P  H  O  E      G  S               A      PB
  TK     A   E          D                   EU      T
        HRAO EU   PB               K    A      PB  T
           A  *     P                PW  AO  E
1        5                  #        K     O      P  L
              *         T                  A
        HR   E        T                    E    PB
           AO  E         S           P  H AO  E
  T  P   AO EU   PB    D                   F        T
           A                             A           D
  T        AO EU   P  L            K  W       EU       T
                    PB                  AO EU   P  L
  S  K  W  R  *  U     L                   A   EU
  T  P    O     R                 T  P  RA   EU         D
  T     RAO EU      L             T  P  H    EU     G
  T     H    E    PB              T  P       U  R      T
           A      R     T             W   AO  E
  T  P                                           B  G
        W   AO  E                 TK        O
                B  G              TK        A
     K    A   EU          S       ST P  H
     K    A   EU          S           W    E         S
        W   AO  E                 T  P  H   O   U RPB   S
  S       R                       T    H  A    U   PB  G
  S  K  W  R  *  U     L          TK        AO
1                 9         #     T    H  A    U   PB  G
              *         T         S     RA   E    R
  S     RA   EU    BL                       F  P
  S  K  W  R     U    PBLG        STKPWHRAO  EUFRPBLG
  STKPWHRAO  EUFRP  LGTS            K  W  R  O*  U  R
           AO        B  G         S  K     AO   U        S
        W   AO*E     L                     E            D
   TK      O                                 F  P  L  T
   T    H  A                        T    H  A    U   PB  G
                F  P  L  T                   F  P  L  T
     PW         U
                EU
           R    E       L
   TK
                U RPBLG
     K  W  R  O    U
   T       O
  S     H  AO          T
   T  P    O     R
   T    H  A
   TK     A   EU         T
                  F  P  L  T
           AO EU   P  L
     P  H  AO EU   PB      D
   T  P                 L
   T    H  A
        W   AO*E  F
           A     U     L
                    B
  S       R         P  L     Z
```