United States District Court
Southern District of Texas
**ENTERED**
November 13, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AUSTIN VAN OVERDAM, § § Plaintiff, § § VS. § TEXAS A&M UNIVERSITY, *et al*, § § Defendants. § § § | CIVIL ACTION NO. 4:18-CV-02011 |

## ORDER FOR EXPEDITED RESPONSE AND ORDER SETTING HEARING

Plaintiff has filed an Emergency Motion to Compel. (Doc. 94.) A response is required on an expedited basis and should be filed no later than Thursday, November 19, 2020. A reply, if any, should be filed no later than Friday, November 20, 2020.

A telephonic hearing regarding this motion is hereby set for Tuesday, November 24, 2020 at 11:30 AM. All parties must appear by telephone by calling 713-250-5238. The Conference ID is 45238 and the Password is 13579.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on November 13, 2020.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE