UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AUSTIN VAN OVERDAM, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-02011 |
| | § | |
| TEXAS A&M UNIVERSITY, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER FOR EXPEDITED BRIEFING

Plaintiff has filed an Emergency Motion to Compel. (Doc. 103.) A response is required on an expedited basis and should be filed no later than Monday, January 18, 2021. A reply, if any, should be filed no later than Wednesday, January 20, 2021.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on January 8, 2021.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE