**UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS**

## HOUSTON DIVISION

Austin Van Overdam
    *Plaintiff(s),*

v.                                                                    Case No. 4:18−cv−02011

Texas A&M University, et al.
    *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:  **Motion Hearing**
RE: Motion to Compel – #103

DATE:  **1/27/2021**

TIME:  **02:30 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

**UNITED STATES COURTHOUSE**
**515 RUSK COURTROOM 3−A**
**HOUSTON, TEXAS 77002.**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL−IN NUMBER AT 713−250−5238.
ENTER CONFERENCE ID: 45238, FOLLOWED BY PASSWORD: 13579.

**Nathan Ochsner, Clerk**                                        Date: January 15, 2021

By Deputy Clerk, A. Rivera