# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

July 06, 2021

Mr. Gaines West  
West, Webb, Allbritton & Gentry, P.C.  
1515 Emerald Plaza  
College Station, TX 77845-1515

United States Courts  
Southern District of Texas  
FILED  
July 06, 2021  
Nathan Ochsner, Clerk of Court

No. 21-20185      Van Overdam v. Texas A & M Univ  
                  USDC No. 4:18-CV-2011

Dear Mr. West,

The Judicial Council of the Fifth Circuit requires court reporters to file transcripts within 30 days or suffer a discount penalty. In this case, the 30-day discount period expired on June 23, 2021. Therefore, the court reporter must discount your invoice by 10%.

Also, if the transcript is not filed by July 23, 2021, the court reporter must discount your invoice by 20% and must refund that part of any deposit which exceeds the cost less the discount. Our records will automatically be updated if the 20% discount date is reached but we will not provide further notice. It is your responsibility to pay only the discounted amount(s).

The discount policy is mandatory. You may not reimburse the court reporter for the discount.

Sincerely,  
LYLE W. CAYCE, Clerk

By: /s/Lyle W. Cayce  
Lyle W. Cayce

cc:  Mr. Kyle Thomas Carney  
     Mr. Charles Alfred Mackenzie  
     Mr. Nathan Ochsner  
     Ms. Lanora Christine Pettit  
     Mr. Johnny Sanchez