# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
January 24, 2023
Nathan Ochsner, Clerk of Court

No. 21-20185

United States Court of Appeals
Fifth Circuit
**FILED**
August 9, 2022
Lyle W. Cayce
Clerk

AUSTIN VAN OVERDAM,

*Plaintiff—Appellant,*

*versus*

TEXAS A & M UNIVERSITY; MICHAEL K. YOUNG, *In his official capacity*; ALYSSA LEFFALL, *In her official capacity*; KYLE MCCRACKEN, *In his official capacity*; DUSTIN GRABSCH, *In his official capacity*; JACLYN UPSHAW-BROWN, *In her official capacity*; DAYNA FORD, *In her official capacity*; KRISTEN HARRELL, *In her official capacity*; C. J. WOODS, *In his official capacity*,

*Defendants—Appellees.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:18-CV-2011

Before HIGGINSON, WILLETT, and HO, *Circuit Judges.*

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

No. 21-20185

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued as the mandate on Jan 20, 2023

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

January 20, 2023

Mr. Nathan Ochsner  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

      No. 21-20185    Van Overdam v. Texas A & M Univ  
                          USDC No. 4:18-CV-2011

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____  
                                Rebecca L. Leto, Deputy Clerk  
                                504-310-7703

cc:  Mr. Kyle Thomas Carney  
      Ms. Kathryn Cherry  
      Mr. Charles Alfred Mackenzie  
      Ms. Lindsay McKasson  
      Ms. Lanora Christine Pettit  
      Mr. Gaines West