**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

United States Courts
Southern District of Texas
FILED
May 15, 2023
Nathan Ochsner, Clerk of Court

Scott S. Harris
Clerk of the Court
(202) 479-3011

May 15, 2023

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

U.S. COURT OF APPEALS
RECEIVED
MAY 15 2023
FIFTH CIRCUIT

Re: Austin Van Overdam
v. Texas A&M University, et al.
No. 22-1002
(Your No. 21-20185)
4:18-CV-2011

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

May 15, 2023

Mr. Nathan Ochsner  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

    No. 21-20185    Van Overdam v. Texas A & M Univ  
                    USDC No. 4:18-CV-2011

Dear Mr. Ochsner,

We have received the Supreme Court order denying certiorari.  We previously sent you the judgment issued as mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Rebecca L. Leto, Deputy Clerk  
504-310-7703