**UNITED STATES DISTRICT COURT**     **SOUTHERN DISTRICT OF TEXAS**

### HOUSTON DIVISION

Austin Van Overdam
   *Plaintiff(s),*

v.                                                                  Case No. 4:18–cv–02011

Texas A&M University, et al.
   *Defendant(s).*

## NOTICE OF SETTING

### PLEASE TAKE NOTICE

HEARING:   **Motion Hearing**
RE: Motion for Judgment – #143
Motion for Reconsideration – #143

DATE:   **6/21/2023**

TIME:   **10:00 AM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL–IN NUMBER AT 713–250–5238.
ENTER CONFERENCE ID: 45238, FOLLOWED BY PASSWORD: 13579.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN–PERSON HEARING,
PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**                                                    Date: June 19, 2023

By Deputy Clerk, A. Rivera