United States District Court
Southern District of Texas
**ENTERED**
November 01, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AUSTIN VAN OVERDAM, § | |
| § | |
| *Plaintiff*, § | |
| VS. § | CIVIL ACTION NO. 4:18-CV-02011 |
| § | |
| TEXAS A&M UNIVERSITY, § | |
| § | |
| *Defendant*. § | |
| § | |

## ORDER FOR EXPEDITED BRIEFING

Plaintiff has filed a Motion to Compel Discovery. (ECF No. 159.) The Court requires expedited briefing on the motion. Defendant is instructed to file a response on or before Tuesday, November 7, 2023. Plaintiff is instructed to file a reply, if any, on or before November 10, 2023.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 1st day of November, 2023.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE