United States District Court
Southern District of Texas
**ENTERED**
January 17, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **AUSTIN VAN OVERDAM,** § | |
| § | |
| *Plaintiff*, § | |
| VS. § | **CIVIL ACTION NO. 4:18-cv-02011** |
| § | |
| **TEXAS A&M UNIVERSITY,** *et al.* § | |
| § | |
| *Defendants*. § | |

### FINAL JUDGMENT

Plaintiff Austin Van Overdam ("Plaintiff") brought this suit against Texas A&M University ("TAMU") and various university administrators alleging sex discrimination under Title IX of the Education Amendments of 1972 and a deprivation of constitutional due process under 42 U.S.C. § 1983. In 2019, this Court dismissed Plaintiff's Title IX erroneous outcome and procedural due process claims against TAMU, along with all claims alleged against the individual defendants. Minute Entry dated 11/05/2019. TAMU filed a Motion for Summary Judgment on Plaintiff's remaining selective enforcement claim. ECF No. 164. The Court granted this motion on January 10, 2024. ECF No. 170.

Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**. Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at the hearing, final judgment is hereby **ENTERED** for Defendant.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 17th of January, 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE