AO 133   (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

### for the

### Southern District of Texas

| | |
|---|---|
| AUSTIN VAN OVERDAM | ) |
| | ) |
| v. | )    Case No.: 4:18-CV-2011 |
| TEXAS A&M UNIVERSITY | ) |
| | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___01/10/2024___ against ___Austin Van Overdam___ ,
Date

the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 0.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | | 9,921.90 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | | 0.00 |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| TOTAL | $ | 9,921.90 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

    I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service          [ ] First class mail, postage prepaid

[ ] Other: _____

     s/ Attorney:    __s/ Todd Dickerson__

        Name of Attorney: __Todd Dickerson__

For:     __Defendant Texas A&M University__      Date: __01/18/2024__
           *Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    _____
     *Clerk of Court*                        *Deputy Clerk*                *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | | | |
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | **TOTAL** | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
      "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
      "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.

      Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

      When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

      Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **AUSTIN VAN OVERDAM,** | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 4:18-cv-2011** |
| | § | |
| **TEXAS A&M UNIVERSITY,** | § | |
| *Defendant.* | § | |
| | § | |

---

### DECLARATION OF TODD DICKERSON

---

I, Todd Dickerson, declare and state as follows:

1. I am at least 18 years of age, capable of making this declaration, and have personal knowledge of the facts stated here, and they are true and correct.

2. I am an Assistant Attorney General in the General Litigation Division of the Office of the Attorney General of Texas. In this case, I am the lead attorney representing the Defendant, Texas A&M University.

3. Based on a diligent review by staff in the General Litigation Division, I believe that the costs reflected on the attached Defendant's Bill of Costs (Ex. A) are allowable by law, are correctly stated, and were necessarily incurred, and that the services were actually and necessarily performed for which the costs were charged.

4. A copy of this declaration and Ex. A was served on all parties.

   I declare under penalty of perjury under the laws of the United States that the above statements are true and correct and that this declaration was executed on January 18, 2024.

   _____
   Todd Dickerson

# EXHIBIT A

Bill of Costs
Defendant Texas A University

**Line 1 - Fees of the Clerk**

| Date | Amount | Description |
|------|--------|-------------|
|      | $0.00  | None        |

**Line 2 - Fees for Service of Summons and Subpoeas**

| Date | Amount | Description |
|------|--------|-------------|
| **Total Line 2** | $0.00 | None |

**Line 3 - Fees for Printed or Electronically Recorded Transcripts**

| Date | Amount | Description |
|------|--------|-------------|
| 10/19/2020 | $1,497.00 | Integrity Legal Support: Deposition of Austin Van Overdam |
| 10/20/2020 | $1,308.70 | Deposition Solutions d/b/a Lexitas: Transcript of Deposition of Anne Reber |
| 10/21/2020 | $1,155.25 | Deposition Solutions d/b/a Lexitas: Transcript of Deposition of Dayna Ford |
| 10/26/2020 | $1,310.35 | Deposition Solutions d/b/a Lexitas: Transcript of Deposition of Kristen Harrell |
| 9/7/2023 | $471.25 | Deposition Solutions d/b/a Lexitas: Transcript of Second Deposition of Anne Reber |
| 9/8/2023 | $634.10 | Deposition Solutions d/b/a Lexitas: Transcript of Second Deposition of Kristen Harrell |
| 10/10/2023 | $726.05 | Deposition Solutions d/b/a Lexitas: Transcript of Second Deposition of Dayna Ford |
| 10/30/2023 | $1,057.00 | Integrity Legal Support: Transcripts of Texas A&M University Title IX Hearings on Van Overdam matter |
| 11/6/2023 | $376.20 | Deposition Solutions d/b/a Lexitas: Transcript of 30(b)(6) Deposition of Kristen Harrell |
| 11/6/2023 | $205.00 | Deposition Solutions d/b/a Lexitas: Transcript of 30(b)(6) Deposition of Jennifer Smith |
| 11/10/2023 | $1,181.00 | Integrity Legal Support: Deposition of Tumulesh Solanky |
| **Total Line 3** | $9,921.90 | |

**Line 4 - Fees and Disbursements for Printing**

| Date | Amount | Description |
|------|--------|-------------|
|      | $0.00  | None        |

**Line 5 - Fees for Witnesses**

| Date | Amount | Description |
|------|--------|-------------|
|      | $0.00  | None        |

**Line 6 - Exemplification Costs**

| Date | Amount | Description |
|------|--------|-------------|
|      | $0.00  | None        |

Bill of Costs
Defendant Texas A University

**Line 7 - Docket Fees Under 28 U.S.C. 1923**

| Date | Amount | Description |
|------|--------|-------------|
|      | $0.00  | None        |

**Line 8 - Costs as Shown on Mandate of Court of Appeals**

| Date | Amount | Description |
|------|--------|-------------|
|      | $0.00  | None        |

**Line 9 - Compensation of Court-Appointed Experts**

| Date | Amount | Description |
|------|--------|-------------|
|      | $0.00  | None        |

**Line 10 - Compensation of Interpreters/Services Under 28 U.S.C. 1828**

| Date | Amount | Description |
|------|--------|-------------|
|      | $0.00  | None        |

**Line 11 - Other Costs**

| Date | Amount | Description |
|------|--------|-------------|
|      | $0.00  | None        |

**Total**          **$9,921.90**

# LINE 3

# Fees/Transcripts

20201102000279



# INVOICE

| | Date | Invoice # |
|---|---|---|
| | 10/31/2020 | 15374 |

**RECEIVED**
**11/02/2020**
**OAG Accounting DIV**

| Bill To | Cause No. |
|---|---|
| Office of the Attorney General<br>Accounting Office<br>P.O. Box 12548 Capital Station<br>Austin, TX 78711-2548 | 4;18-CV02011 |
| | **Style** |
| | Austin Van Overdam<br>vs.<br>Texas A&M University |

| Atty: | Cristina Moreno | Legal Asst: | Rosie Luna | Division | General Litigation Division |
|---|---|---|---|---|---|

| Vendor ID | Tax ID | P.O. No. | AG No. | Location |
|---|---|---|---|---|
| 1264073074800 | 26-4073074 | 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 | CX2279320786 | Austin |

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 10/19/2020 | GS1 - Administrative expenses, including but not limited to per diem, meals, phone charges, paper and other office supplies, office space and reproduction services within a one hundred (100) mile radius of vendor's office will be categorized as local travel and must be included in vendor's base charge. (Court Reporter Per Diem) | 1.00 | 110.00 | 110.00 |
| | DEPO1 - A one-time base fee that may be charged per deposition to include Original transcript, one (1) copy of transcript, one (1) e-transcript, and a keyword index. Delivery of transcript. File the Reporter's Certificate with the Court as required by the appropriate rules of procedure. Produce deposition transcript in Amicus, ASCII, Summation, Visionary, Relativity, Trial Director, or specified electronic format. | 1.00 | 75.00 | 75.00 |
| | DEPO35 - Transcript, Per page, ten business day turnaround - Austin Van Overdanm | 125.00 | 5.75 | 718.75 |
| | DEPO ASSUMPTION - Videotaped Deposition (DEPO: $0.50 additional<br>surcharge for each applicable variable: Videotaped, Expert (Incl. Medical and Technical), Translated) | 125.00 | 0.50 | 62.50 |
| | DEPO22 - Copying pages in Exhibit in excess of 50 pages (Oversized, Black & White) | 96.00 | 0.75 | 72.00 |
| | Subtotal | | | 1,038.25 |
| | VIDEO2 - Video recording per hour | 5.15 | 125.00 | 643.75 |
| | VIDEO4 - Transfering video clips to media specified | 7.00 | 20.00 | 140.00 |
| | Subtotal | | | 783.75 |

AG Case number:   CX2279320786

Approve Invoice

Cristina Moreno

DocuSigned by:

*Cristina Moreno*

C377701289E5462...

11/2/2020 | 2:36 PM CST

Optional Text - Limit 100 Characters:

| Thank you for the opportunity to work with you. | **TOTAL** | $1,822.00 |
|---|---|---|

| Phone # | Fax # | Web Site |
|---|---|---|
| 512-320-8690 | 512-320-8692 | www.integrity-texas.com |



# Invoice

**Invoice No:** 1371376

**Invoice Date:** 11/9/2022
**Payment Terms:** Net 30

**Bill To:**
Cristina Moreno
Assistant Attorney General
P.O. Box 12548
Austin Texas 78711
United States

**Case Name:**
Austin Van Overdam v. Texas A&M University

**Case Number:** TX140695

**Location:**

**Job Date:** 10/20/2020

**Header:**

| Job # | Witness Name | Date of Loss | Claims Professional | Name of Insured | Claim No. | Matter Number | Client Name |
|-------|--------------|--------------|---------------------|-----------------|-----------|---------------|-------------|
| 2020-664672 | Dean Anne Reber | | | | | 4:18-CV-02011 | |

| Item | Quantity | Amount |
|------|----------|--------|
| Certified Copy Transcript | 310 | $1,038.50 |
| Exhibits - B/W Pages | 1,351 | $270.20 |
| Electronic Transcript Processing | 1 | $0.00 |
| Litigation Bundle | 1 | $130.00 |
| Legal View Connectivity | 1 | $100.00 |



# Invoice

**Invoice No:** 1371376

**Invoice Date:** 11/9/2022
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Cristina Moreno
Assistant Attorney General
P.O. Box 12548
Austin Texas 78711
United States

**Subtotal:** $1,538.70

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2001
Dallas, TX 75373-4298

**Tax Total(%):** $0.00

**Total:** $1,538.70

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1371376

**Payments and Credits:** $0.00

**TAX ID 46-4363191**

**Amount Due** $1,538.70

1.5% finance charge on delinquent balances.

**After 12/9/2022 Pay** $1,561.78

Payment not contingent upon client reimbursement.

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 888-893-3767



# Invoice

**Invoice No:** 1371372

**Invoice Date:** 11/9/2022
**Payment Terms:** Net 30

**Bill To:**
Cristina Moreno
Assistant Attorney General
P.O. Box 12548
Austin Texas 78711
United States

**Case Name:**

Austin Van Overdam v. Texas A&M University

**Case Number:** TX140695

**Location:**

**Job Date:** 10/21/2020

**Header:**

| Job # | Witness Name | Date of Loss | Claims Professional | Name of Insured | Claim No. | Matter Number | Client Name |
|-------|--------------|--------------|---------------------|-----------------|-----------|---------------|-------------|
| 2020-664673 | Jennifer Ford | | | | | 4:18-CV-02011 | |

| Item | Quantity | Amount |
|------|----------|--------|
| Certified Copy Transcript | 236 | $790.60 |
| Exhibits - B/W Pages | 429 | $364.65 |
| Electronic Transcript Processing | 1 | $0.00 |
| Litigation Bundle | 1 | $130.00 |
| Legal View Connectivity | 1 | $100.00 |



# Invoice

**Invoice No:** 1371372

**Invoice Date:** 11/9/2022
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Cristina Moreno
Assistant Attorney General
P.O. Box 12548
Austin Texas 78711
United States

| | |
|---|---|
| **Subtotal:** | $1,385.25 |

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2001
Dallas, TX 75373-4298

| | |
|---|---|
| **Tax Total(%):** | $0.00 |

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1371372

| | |
|---|---|
| **Total:** | $1,385.25 |
| **Payments and Credits:** | $0.00 |

**TAX ID 46-4363191**

1.5% finance charge on delinquent balances.

Payment not contingent upon client reimbursement.

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F

| | |
|---|---|
| **Amount Due** | $1,385.25 |
| **After 12/9/2022 Pay** | $1,406.03 |

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 888-893-3767



# Invoice

**Invoice No:** 1371344

**Invoice Date:** 11/9/2022
**Payment Terms:** Net 30

**Bill To:**
Cristina Moreno
Assistant Attorney General
P.O. Box 12548
Austin Texas 78711
United States

**Case Name:**

Austin Van Overdam v. Texas A&M University

**Case Number:** TX140695

**Location:**

**Job Date:** 10/26/2020

**Header:**

| Job # | Witness Name | Date of Loss | Claims Professional | Name of Insured | Claim No. | Matter Number | Client Name |
|-------|--------------|--------------|---------------------|-----------------|-----------|---------------|-------------|
| 2020-664681 | Kristin Harrell | | | | | 4:18-CV-02011 | |

| Item | Quantity | Amount |
|------|----------|--------|
| Certified Copy Transcript | 313 | $1,048.55 |
| Exhibits - B/W Pages | 1,309 | $261.80 |
| Electronic Transcript Processing | 1 | $0.00 |
| Litigation Bundle | 1 | $130.00 |
| Legal View Connectivity | 1 | $100.00 |



# Invoice

**Invoice No:** 1371344

**Invoice Date:** 11/9/2022
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Cristina Moreno
Assistant Attorney General
P.O. Box 12548
Austin Texas 78711
United States

| | |
|---|---|
| **Subtotal:** | $1,540.35 |

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2001
Dallas, TX 75373-4298

| | |
|---|---|
| **Tax Total(%):** | $0.00 |

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1371344

| | |
|---|---|
| **Total:** | $1,540.35 |
| **Payments and Credits:** | $0.00 |

**TAX ID 46-4363191**

1.5% finance charge on delinquent balances.

Payment not contingent upon client reimbursement.

| | |
|---|---|
| **Amount Due** | $1,540.35 |
| **After 12/9/2022 Pay** | $1,563.46 |

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 888-893-3767



# Invoice

**Invoice No:** 1488759

**Invoice Date:** 9/25/2023
**Payment Terms:** Net 30

**Bill To:**
Todd Dickerson
Office of the Attorney General - Austin
Office of the Attorney General 300 West 15th Street 14th Floor
Austin TX 78701
United States

**Case Name:**

Austin Van Overdam v. Texas A&M University

**Case Number:** 4:18-CV-02011

**Location:**

**Job Date:** 9/7/2023

**Header:**

| Job # | Witness Name | Date of Loss | Claims Professional | Name of Insured | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|---|---|---|
| 2023-909638 | Anne Reber | | | | | | |

| Item | Quantity | Amount |
|---|---|---|
| Certified Copy Transcript | 100 | $335.00 |
| Exhibits - B/W Pages | 125 | $106.25 |
| Electronic Transcript Processing | 1 | $0.00 |
| Filing Requirements - Copy | 1 | $30.00 |
| Legal View Connectivity | 1 | $100.00 |
| Litigation Bundle | 1 | $130.00 |
| Copy of Media as Exhibit | 3 | $30.00 |



# Invoice

**Invoice No:** 1488759

**Invoice Date:** 9/25/2023
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Todd Dickerson
Office of the Attorney General - Austin
Office of the Attorney General 300 West 15th Street 14th Floor
Austin TX 78701
United States

| | |
|---|---|
| **Subtotal:** | $731.25 |

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2001
Dallas, TX 75373-4298

| | |
|---|---|
| **Tax Total(%):** | $0.00 |
| **Total:** | $731.25 |

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1488759

| | |
|---|---|
| **Payments and Credits:** | $0.00 |

**TAX ID 46-4363191**

1.5% finance charge on delinquent balances.

Payment not contingent upon client reimbursement.

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F

| | |
|---|---|
| **Amount Due** | $731.25 |
| **After 10/25/2023 Pay** | $742.22 |

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 888-893-3767



# Invoice

**Invoice No:** 1488986

**Invoice Date:** 9/26/2023
**Payment Terms:** Net 30

**Bill To:**
Todd Dickerson
Office of the Attorney General - Austin
Office of the Attorney General 300 West 15th Street 14th
Floor
Austin TX 78701
United States

**Case Name:**

Austin Van Overdam v. Texas A&M University

**Case Number:** 4:18-CV-02011

**Location:**

**Job Date:** 9/8/2023

**Header:**

| Job # | Witness Name | Date of Loss | Claims Professional | Name of Insured | Claim No. | Matter Number | Client Name |
|-------|--------------|--------------|---------------------|-----------------|-----------|---------------|-------------|
| 2023-909640 | Kristen Harrell, continuation | | | | | | |

| Item | Quantity | Amount |
|------|----------|--------|
| Certified Copy Transcript | 102 | $341.70 |
| Exhibits - B/W Pages | 344 | $292.40 |
| Electronic Transcript Processing | 1 | $0.00 |
| Litigation Bundle | 1 | $130.00 |
| Filing Requirements - Copy | 1 | $30.00 |



# Invoice

**Invoice No:** 1488986

**Invoice Date:** 9/26/2023
**Payment Terms:** Net 30

Memo:

**Sold To:**
Todd Dickerson
Office of the Attorney General - Austin
Office of the Attorney General 300 West 15th Street 14th Floor
Austin TX 78701
United States

| | |
|---|---|
| **Subtotal:** | $794.10 |

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2001
Dallas, TX 75373-4298

| | |
|---|---|
| **Tax Total(%):** | $0.00 |

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1488986

| | |
|---|---|
| **Total:** | $794.10 |
| **Payments and Credits:** | $0.00 |

**TAX ID 46-4363191**

1.5% finance charge on delinquent balances.

Payment not contingent upon client reimbursement.

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F

| | |
|---|---|
| **Amount Due** | $794.10 |
| **After 10/26/2023 Pay** | $806.01 |

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 888-893-3767



# Invoice

**Invoice No:** 1498509

**Invoice Date:** 10/24/2023
**Payment Terms:** Net 30

**Bill To:**
Todd Dickerson
Office of the Attorney General - Austin
Office of the Attorney General 300 West 15th Street 14th
Floor
Austin TX 78701
United States

**Case Name:**

Austin Van Overdam v. Texas A&M University

**Case Number:** 4:18-CV-02011

**Location:**

**Job Date:** 10/10/2023

**Header:**

| Job # | Witness Name | Date of Loss | Claims Professional | Name of Insured | Claim No. | Matter Number | Client Name |
|-------|--------------|--------------|---------------------|-----------------|-----------|---------------|-------------|
| 2023-914303 | Dayna J. Ford | | | | | | |

| Item | Quantity | Amount |
|------|----------|--------|
| Certified Copy Transcript | 163 | $546.05 |
| Exhibits - B/W Pages | 180 | $180.00 |
| Litigation Bundle | 1 | $130.00 |
| Electronic Transcript Processing | 1 | $0.00 |
| Filing Requirements - Copy | 1 | $30.00 |

1 of 2



# Invoice

**Invoice No:** 1498509

**Invoice Date:** 10/24/2023
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Todd Dickerson
Office of the Attorney General - Austin
Office of the Attorney General 300 West 15th Street 14th Floor
Austin TX 78701
United States

|  |  |
|---|---|
| **Subtotal:** | $886.05 |

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2001
Dallas, TX 75373-4298

|  |  |
|---|---|
| **Tax Total(%):** | $0.00 |

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1498509

|  |  |
|---|---|
| **Total:** | $886.05 |
| **Payments and Credits:** | $0.00 |

**TAX ID 46-4363191**

1.5% finance charge on delinquent balances.

Payment not contingent upon client reimbursement.

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F

|  |  |
|---|---|
| **Amount Due** | $886.05 |
| **After 11/23/2023 Pay** | $899.34 |

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 888-893-3767

2 of 2



# INVOICE

9901 Brodie Ln., Ste. 160-400
Austin, Texas 78748

**RECEIVED**
**10/30/2023**
**OAG Accounting DIV**

| Date | Invoice # |
|---|---|
| 10/30/2023 | 16325 |

| Bill To | Cause No. |
|---|---|
| Office of the Attorney General<br>Accounting Office<br>P.O. Box 12548 Capital Station<br>Austin, TX 78711-2548 | 4;18-CV-02011 |

| | Style |
|---|---|
| | Austin Van Overdam<br>vs.<br>Texas A&M University |

| Atty: | Todd Dickerson | Legal Asst: | Thomas Ray | Division | General Litigation Division |
|---|---|---|---|---|---|

| Vendor ID | Tax ID | P.O. No. | AG No. | Location |
|---|---|---|---|---|
| 1264073074800 | 26-4073074 | PO-00004568 | CX2279320786 | In-Person |

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 10/30/2023 | DEPO1 - A one-time base fee that may be charged per deposition to include Original transcript, one (1) copy of transcript, one (1) e-transcript, and a keyword index. Delivery of transcript. File the Reporter's Certificate with the Court as required by the appropriate rules of procedure. Produce deposition transcript in Amicus, ASCII, .ptx, Summation, Visionary, Relativity, Trial Director, or specified electronic format. | 2 | 75.00 | 150.00 |
| | DEPO40 - Upon request, provide audio transcription of a cassette, CD, DVD, USB, or specified media. - Student Life Conference Panel - 6/21/2016; 07/07/2016 (Voluntary Price Reduction) | 151 | 7.00 | 1,057.00 |

**AG Case number:** CX2279320786

**Approve Invoice**

**Required Text - Limit 100 Characters:**

**Optional Text - Limit 100 Characters:**

**Todd Dickerson**

DocuSigned by:

*Todd Dickerson*

EFE369D833214DF...

**11/13/2023 | 4:18 PM CST**

Thank you for the opportunity to work with you.

**TOTAL** $1,207.00

| Phone # | Fax # | Web Site |
|---|---|---|
| 512-320-8690 | 512-320-8692 | www.integritylegal.support |



# Invoice

**Invoice No:** 1509880

**Invoice Date:** 11/28/2023
**Payment Terms:** Net 30

**Bill To:**
Todd Dickerson
Office of the Attorney General - Austin
Office of the Attorney General 300 West 15th Street 14th
Floor
Austin TX 78701
United States

**Case Name:**

Austin Van Overdam v. Texas A&M University

**Case Number:** 4:18-CV-02011

**Location:**

**Job Date:** 11/6/2023

**Header:**

| Job # | Witness Name | Date of Loss | Claims Professional | Name of Insured | Claim No. | Matter Number | Client Name |
|-------|--------------|--------------|---------------------|-----------------|-----------|---------------|-------------|
| 2023-918838 | Kristen A. Harrell | | | | | | |

| Item | Quantity | Amount |
|------|----------|--------|
| Certified Copy Transcript | 112 | $375.20 |
| Exhibits - B/W Pages | 1 | $1.00 |
| Litigation Bundle | 1 | $130.00 |
| Electronic Transcript Processing | 1 | $0.00 |
| Filing Requirements - Copy | 1 | $30.00 |



# Invoice

**Invoice No:** 1509880

**Invoice Date:** 11/28/2023
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Todd Dickerson
Office of the Attorney General - Austin
Office of the Attorney General 300 West 15th Street 14th Floor
Austin TX 78701
United States

| | |
|---|---|
| **Subtotal:** | $536.20 |

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2001
Dallas, TX 75373-4298

| | |
|---|---|
| **Tax Total(%):** | $0.00 |

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1509880

| | |
|---|---|
| **Total:** | $536.20 |
| **Payments and Credits:** | $0.00 |

**TAX ID 46-4363191**

1.5% finance charge on delinquent balances.

Payment not contingent upon client reimbursement.

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F

| | |
|---|---|
| **Amount Due** | $536.20 |
| **After 12/28/2023 Pay** | $544.24 |

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 888-893-3767



# Invoice

**Invoice No:** 1509750

**Invoice Date:** 11/28/2023
**Payment Terms:** Net 30

**Bill To:**
Todd Dickerson
Office of the Attorney General - Austin
Office of the Attorney General 300 West 15th Street 14th Floor
Austin TX 78701
United States

**Case Name:**

Austin Van Overdam v. Texas A&M University

**Case Number:** 4:18-CV-02011

**Location:**

**Job Date:** 11/6/2023

**Header:**

| Job # | Witness Name | Date of Loss | Claims Professional | Name of Insured | Claim No. | Matter Number | Client Name |
|-------|--------------|--------------|---------------------|-----------------|-----------|---------------|-------------|
| 2023-918446 | Jennifer M. Smith | | | | | | |

| Item | Quantity | Amount |
|------|----------|--------|
| Minimum Transcript Fee - Copy | 1 | $200.00 |
| Exhibits - B/W Pages | 5 | $5.00 |
| Litigation Bundle | 1 | $130.00 |
| Electronic Transcript Processing | 1 | $0.00 |
| Filing Requirements - Copy | 1 | $30.00 |



# Invoice

**Invoice No:** 1509750

**Invoice Date:** 11/28/2023
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Todd Dickerson
Office of the Attorney General - Austin
Office of the Attorney General 300 West 15th Street 14th Floor
Austin TX 78701
United States

| | |
|---|---|
| **Subtotal:** | $365.00 |

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2001
Dallas, TX 75373-4298

| | |
|---|---|
| **Tax Total(%):** | $0.00 |

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1509750

| | |
|---|---|
| **Total:** | $365.00 |
| **Payments and Credits:** | $0.00 |

**TAX ID 46-4363191**

1.5% finance charge on delinquent balances.

Payment not contingent upon client reimbursement.

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F

| | |
|---|---|
| **Amount Due** | $365.00 |
| **After 12/28/2023 Pay** | $370.48 |

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 888-893-3767



# INVOICE

| Date | Invoice # |
|---|---|
| 11/29/2023 | 16394 |

**PAID 12/27/2023**

| Bill To | Cause No. |
|---|---|
| Office of the Attorney General<br>Accounting Office<br>P.O. Box 12548 Capital Station<br>Austin, TX 78711-2548 | 4;18-CV-02011 |

| | Style |
|---|---|
| | Austin Van Overdam<br>vs.<br>Texas A&M University |

| Atty: | Todd Dickerson | Legal Asst: | Thomas Ray | Division | General Litigation Division |
|---|---|---|---|---|---|

| Vendor ID | Tax ID | P.O. No. | AG No. | Location |
|---|---|---|---|---|
| 1264073074800 | 26-4073074 | PO-00004568 | CX2279320786 | Remote |

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 11/10/2023 | GS1 - Administrative expenses, including but not limited to per diem, meals, phone charges, paper and other office supplies, office space and reproduction services within a one hundred (100) mile radius of vendor's office will be categorized as local travel and must be included in vendor's base charge. | 1.00 | 175.00 | 175.00 |
| | DEPO1 - A one-time base fee that may be charged per deposition to include Original transcript, one (1) copy of transcript, one (1) e-transcript, and a keyword index.  Delivery of transcript.  File the Reporter's Certificate with the Court as required by the appropriate rules of procedure. Produce deposition transcript in Amicus, ASCII, .ptx, Summation, Visionary, Relativity, Trial Director, or specified electronic format. | 1.00 | 75.00 | 75.00 |
| | DEPO35 - Transcript, Per page, ten business day turnaround - Dr. Tumulesh Solanky (Voluntary Price Reduction) | 127.00 | 7.00 | 889.00 |
| | DEPO35-INT - Due to the added difficulty, transcript surcharge for interpreted and foreign accent depositions. (Voluntary Price Reduction) | 127.00 | 1.00 | 127.00 |
| | DEPO35-TECH - Due to the added difficulty, transcript surcharge for technical depositions, including medical and expert.  (Voluntary Price Reduction) | 127.00 | 1.00 | 127.00 |
| | VIDEO7 - Transcript charge per hour (Court Reporter Per Diem - Voluntary Price Reduction) | 3.25 | 50.00 | 162.50 |
| | DEPO21 - Copying pages in Exhibit less than fifty (50) pages (Oversized, Black & White). | 38.00 | 1.00 | 38.00 |

| Thank you for the opportunity to work with you. | **TOTAL** | $1,593.50 |
|---|---|---|

| Phone # | Fax # | Web Site |
|---|---|---|
| 512-320-8690 | 512-320-8692 | www.integritylegal.support |