

**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

| | |
|---|---|
| **TODD DICKERSON** <br> Assistant Attorney General <br> General Litigation Division | PHONE: (512) 475-4082 <br> FAX: (512) 320-0667 <br> EMAIL: Todd.Dickerson@oag.texas.gov |

February 1, 2024

*Via ECF*

The Honorable Judge Keith P. Ellison
Bob Casey United States Courthouse
515 Rusk Avenue, Room 3716
Houston, Texas 77002

Re:   *Van Overdam v. Texas A&M University, Case No. 4:18-cv-2011 (S.D. Tex.)*

Dear Judge Ellison:

  Please be advised that the undersigned counsel for Defendant, Texas A&M University, will be on FMLA leave from on or around May 1, 2024 through on or around August 1, 2024. I respectfully request that no hearings, conferences, trial, other court appearances, or deadlines be scheduled during this period. I would also request that no discovery be propounded during this period.

  Thank you for your courtesy and consideration in this matter.

Sincerely,

Todd Dickerson
Assistant Attorney General
General Litigation Division

**CC:** *Via Email and ECF*

John "Jay" Rudinger, Jr.
Hannah Lee
Gaines West
West, Webb, Allbritton & Gentry, P.C.
1515 Emerald Plaza
College Station, TX  77845-1515
Jay.rudinger@westwebblaw.com
hannah.lee@westwebblaw.com
Gaines.west@westwebblaw.com